■ In the Matter of SHEILA TALBOT, Appellant, v ALLEN TALBOT, Respondent. In the Matter of ALLEN TALBOT, Respondent, v SHEILA TALBOT, Appellant. [614 NYS2d 959] —Order unanimously affirmed without costs. Memorandum: Family Court properly considered the circumstances of the parties in determining the best interests of the child *(see,* Domestic Relations Law § 240; *Eschbach v Eschbach,* 56 NY2d 167; *Friederwitzer v Friederwitzer,* 55 NY2d 89). When the decision of a trial court is justified by the evidence, an appellate court should be reluctant to substitute its own decision *(see, Eschbach v Eschbach, supra,* at 173; *Burke v White,* 126 AD2d 838, 841; *Robinson v Robinson,* 111 AD2d 316, 318, *appeal dismissed* 66 NY2d 613). (Appeal from Order of Steuben County Family Court, Purple, Jr., J.—Custody.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.